NYGAARD, Circuit Judge,
dissenting.
More than twenty years ago, we took up the troubling appeal of two female high school students who had been sexually assaulted by seven male students in a classroom, during a graphic arts class. See D.R. v. Middle Bucks Area Vocational Technical School, et al., 972 F.2d 1364, 1366 (3d Cir.1992). Despite compulsory education laws, we held that schools do not have an affirmative constitutional duty to protect students from the actions of third parties while they attend school. Id. at 1371-72.
I joined several of my colleagues in dissenting from that decision. Id. at 1377 (Sloviter, J., dissenting). I believed then that the Appellants had stated viable con *203 stitutional claims against the school district. My position has not changed, and today, I would hold the same in this case. I therefore dissent.[1]

. My colleague, Judge Fuentes, has also written an opinion in dissent, which I agree with in toto and join.